# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

149426

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                    SC: 149426
                                                    COA: 320971
                                                    Clare CC: 11-004355-FH

JOSEPH ADAM GROSS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 30, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

t1203